WILLIAM CHILDS et al., appellants,

*v.*

SAMUEL JONES et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Childs* v. *Jones, 14 Stew. Eq. 74.*

*Mr. S. H. Little,* for appellants.

*Mr. Alfred Mills,* for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.